# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 11, 2010

No. 09-60493
Summary Calendar

Charles R. Fulbruge III
Clerk

PRENTISS I. GUYTON

Plaintiff-Appellant

v.

MADISON COUNTY, MISSISSIPPI; KARL M. BANKS

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:08-CV-294

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM:[*]

Prentiss I. Guyton appeals from the district court's grant of summary judgment in his suit alleging constructive discharge. For the reasons given in the district court's memorandum opinion and order, the judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.